THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STRENCHOCK, | : |
| | : 3:19-CV-2177 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| PENNSYLVANIA STATE UNIVERSITY, | : |
| | : |
| Defendant. | : |

### ORDER

AND NOW, THIS 21st DAY OF JUNE, 2021, upon receipt of Plaintiff's letter informing the Court that the above-captioned matter has been resolved (Doc. 25), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge